JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terry Allen Morrison,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-01559-SKO<br><br>ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>(Doc. 15) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from April 24, 2023, to June 23, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's second request for an extension of time. Good cause exists for the requested extension. For the weeks of April 24, 2023 and May 1, 2023, Counsel currently has 17 merit briefs, and several letter briefs and reply

1

1 briefs. This includes cases that undersigned counsel took on during co-counsel's,
2 Dolly M. Trompeter, leave of absence. Additional time is needed to thoroughly
3 brief this matter for the Court.
4     Counsel for Plaintiff is currently taking partial leave as his child was born on
5 October 14, 2022. Thus, Counsel is working limited hours.
6     Additionally, Counsel underwent major surgery on March 15, 2023,
7 requiring post-op physical therapy, with the need for several breaks throughout the
8 workday.
9     Defendant does not oppose the requested extension. Counsel apologizes to
10 the Defendant and Court for any inconvenience this may cause.

                          Respectfully submitted,

Dated: April 17, 2023        PENA & BROMBERG, ATTORNEYS AT LAW

                     By: */s/ Jonathan Omar Pena*
                          JONATHAN OMAR PENA
                          Attorneys for Plaintiff

Dated: April 17, 2023        PHILLIP A. TALBERT
                          United States Attorney
                          MATHEW W. PILE
                          Associate General Counsel
                          Office of Program Litigation
                          Social Security Administration

                     By: *\*/s/ Franco Becia*
                          Franco Becia
                          Special Assistant United States Attorney
                          Attorneys for Defendant
                          (\*As authorized by email on April 17, 2023)

# ORDER

Pursuant to the parties' Stipulation and Unopposed Motion for Extension of Time (Doc. 15),

IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including June 23, 2023, to file Plaintiff's Motion for Summary Judgment. The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **April 18, 2023**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE